UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DR. KARL ARRIOLA,

    Plaintiff,

v.

    Case No: 2:18-cv-00036 JPS

CARDINAL STRITCH UNIVERSITY, INC.,

    Defendant.

## MOTION TO WITHDRAW

Emily A. Constantine hereby moves this Court for an order allowing her to withdraw as one of the attorneys for Cardinal Stritch University, Inc. ("Cardinal Stritch"). The grounds for this motion are as follows:

1. The undersigned will no longer be associated with Husch Blackwell LLP after November 23, 2018.

2. Other attorneys at the law firm of Husch Blackwell LLP will continue to represent Cardinal Stritch in this case. As a result, the undersigned counsel's withdrawal will not adversely affect the representation of Cardinal Stritch and will not delay the disposition of this case.

WHEREFORE, the undersigned respectfully requests that this Court enter an order allowing for her withdrawal as counsel for Cardinal Stritch University, Inc.

Dated this 13th day of November, 2018.

    HUSCH BLACKWELL LLP
    Attorneys for Defendant Cardinal Stritch
     University, Inc.
    s/ *Emily A. Constantine*
    Emily A. Constantine
    555 East Wells St. Suite 1900
    Milwaukee, WI 53202-3819
    Phone: 414-271-2300/ Fax: 414-223-5000
    Emily.Constantine@huschblackwell.com